UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08mj2244 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| Francesa Julie James-Acuna | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Asusena Ruan-Gonzalez

DATED: Aug 1, 2008

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk
R. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082