UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR2596-JLS |
| Plaintiff | ) | 08mj2244 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| FRANCESCA JULIE JAMES-ACUNA | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

ASUSENA RUAN - GONZALEZ

DATED: 8/7/8

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek
            Deputy Clerk

**J. JARABEK**